CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336/Fax: (702) 388-6418
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHNATHON THOMAS JOHNSTON,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00015-GMN-EJY<br><br>**Joint Stipulation to Continue Government's Response to Defendant's Motion to Suppress Evidence (ECF No. 27), and Defendant's Reply** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Defendant JOHNATHON THOMAS JOHNSTON, that the government's response to defendant's motion to suppress evidence (ECF No. 27) currently due on Wednesday, October 13, 2021, be vacated and continued to Monday, October 18, 2021, with defendant's corresponding reply due on October 25, 2021.

　　　　This stipulation is entered into for the following reasons:

　　　　1.　　Government counsel needs additional time to properly respond to defendant's motion, to include researching the facts and issues raised by the defendant.

　　　　2.　　Denial of this request for continuance could result in a miscarriage of justice.

3. This is the first request for continuance of the government response to defendant's motion to suppress.

DATED this 8th day of October, 2021.

Respectfully Submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Rebecca A. Levy*<br>REBECCA A. LEVY<br>Assistant Federal Public Defender<br>Counsel for Defendant JOHNATHON<br>THOMAS JOHNSTON | */s/ Jared L. Grimmer*<br>JARED L. GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00015-GMN-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| JOHNATHON THOMAS JOHNSTON, | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the government's response to defendant's motion to suppress evidence (ECF No. 27) currently due on Wednesday, October 13, 2021, be vacated and continued to Monday, October 18, 2021, with defendant's corresponding reply due on October 25, 2021.

DATED this 8th day of October, 2021.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE