CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336/Fax: (702) 388-6418
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHNATHON THOMAS JOHNSTON,<br><br>　　　　Defendant. | Case No. 2:21-cr-00015-GMN-EJY<br><br>**Joint Stipulation to Continue Government's Response to Defendant's Motion to Suppress Evidence (ECF No. 27), and Defendant's Reply** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Defendant JOHNATHON THOMAS JOHNSTON, that the government's response to defendant's motion to suppress evidence (ECF No. 27) currently due on Wednesday, October 13, 2021, be vacated and continued to Monday, November 8, 2021, with defendant's corresponding reply due on November 15, 2021.

　　　　This stipulation is entered into for the following reasons:

　　　　1.　　Government counsel needs additional time to properly respond to defendant's motion, to include researching the facts and issues raised by the defendant.

　　　　2.　　Denial of this request for continuance could result in a miscarriage of justice.

3. This is the first request for continuance of the government response to defendant's motion to suppress.

DATED this 12th day of October, 2021.

Respectfully Submitted,

| RENE L. VALLADARES | CHRISTOPHER CHIOU |
| Federal Public Defender | Acting United States Attorney |

*/s/ Rebecca A. Levy*            */s/ Jared L. Grimmer*
REBECCA A. LEVY            JARED L. GRIMMER
Assistant Federal Public Defender      Assistant United States Attorney
Counsel for Defendant JOHNATHON
THOMAS JOHNSTON

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00015-GMN-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| JOHNATHON THOMAS JOHNSTON, | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the government's response to defendant's motion to suppress evidence (ECF No. 27) currently due on Wednesday, October 13, 2021, be vacated and continued to Monday, November 8, 2021, with defendant's corresponding reply due on November 15, 2021.

DATED this 12th day of October, 2021.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE