RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Johnathon Thomas Johnston

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHNATHON THOMAS JOHNSTON,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00015-GMN-EJY<br><br>**STIPULATION TO CONTINUE MOTION TO SUPPRESS HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Johnathon Thomas Johnston, that the Motion to Suppress Hearing currently scheduled on February 9, 2022 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than twenty (20) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The government has provided a plea agreement to the defendant, additional time is needed to review and discuss the agreement, continue researching case issues and prepare for the hearing should the agreement not be accepted.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Motion to Suppress hearing.

DATED this 31st day of January 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|    */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender |    */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

2

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHNATHON THOMAS JOHNSTON,<br><br>        Defendant. | Case No. 2:21-cr-00015-GMN-EJY<br><br>**ORDER** |

IT IS ORDERED that the Motion to Suppress hearing currently scheduled for Wednesday, February 9, 2022 at 10:30 a.m., be vacated and continued to March 23, 2022 at the hour of 9:30 a.m., in Courtroom 3B.

DATED this 1st day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE