RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Johnathon Thomas Johnston

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNATHON THOMAS JOHNSTON,<br><br>Defendant. | Case No. 2:21-cr-00015-GMN-EJY<br><br>**STIPULATION TO CONTINUE MOTION TO SUPPRESS HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Johnathon Thomas Johnston, that the Motion to Suppress Hearing currently scheduled on March 23, 2022 at 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The government has provided a plea agreement to the defendant, additional time is needed to continue negotiations, review, discuss the agreement, continue researching case issues and prepare for the hearing should the agreement not be accepted.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the Motion to Suppress hearing.

DATED this 18th day of March 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHNATHON THOMAS JOHNSTON,<br><br>　　　　Defendant. | Case No. 2:21-cr-00015-GMN-EJY<br><br>**ORDER** |

　　　IT IS ORDERED that the Motion to Suppress hearing currently scheduled for Wednesday, March 23, 2022 at 9:30 a.m., be vacated and continued to May 5, 2022, at the hour of 9:30 a.m. in Courtroom 3C.

　　　DATED this 21st day of March 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE