CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336/Fax: (702) 388-6418
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00015-GMN-EJY |
| Plaintiff, | **Joint Stipulation to Continue Hearing on Motion to Suppress (ECF No. 27)** |
| v. | (Third Request) |
| JOHNATHAN THOMAS JOHNSTON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rebecca Levy, counsel for Defendant JOHNATHAN THOMAS JOHNSTON, that the Hearing on Defendant's Motion to Suppress (ECF No. 27), currently scheduled on Thursday, May 5, 2022 at 9:30 a.m., be vacated and continued for 45 days, or a time convenient to this Court.

This Stipulation is entered into for the following reasons:

1. Government counsel is unavailable for the currently scheduled hearing date and time.

2. Defense counsel needs additional time to prepare for the hearing, given their respective schedule.

3. Defendant is in custody, and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of this hearing.

DATED this 22nd day of April, 2022.

                                          Respectfully Submitted,

| | |
|---|---|
| RENE L. VALLADARES | CHRISTOPHER CHIOU |
| Federal Public Defender | Acting United States Attorney |
| | |
| */s/ Rebecca A. Levy* | */s/ Jared L. Grimmer* |
| REBECCA A. LEVY | JARED L. GRIMMER |
| Assistant Federal Public Defender | Assistant United States Attorney |
| Counsel for Defendant JOHNATHAN THOMAS JOHNSTON | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00015-GMN-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| JOHNATHAN THOMAS JOHNSTON, | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the Hearing on Defendant's Motion to Suppress (ECF No. 27), currently scheduled on Thursday, May 5, 2022 at 9:30 a.m., be vacated and continued to June 28, 2022 at the hour of 9:30 a.m., in Courtroom 3A.

DATED this 22nd day of April, 2022.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE