RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Johnathon Thomas Johnston

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>JOHNATHON THOMAS JOHNSTON,<br><br>             Defendant. | Case No. 2:21-cr-00015-GMN-EJY<br><br>**STIPULATION TO CONTINUE MOTION TO SUPPRESS HEARING**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Johnathon Thomas Johnston, that the Motion to Suppress Hearing currently scheduled on June 28, 2022 at 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel is in discussions with the defendant regarding the pending motion and attempts at resolution are on-going.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

3. Counsel for Mr. Johnston will be in trial in Oklahoma the first two weeks of August.

4. The parties agree to the continuance.

This is the third request for a continuance of the Motion to Suppress hearing.

DATED this 31st day of May 2022.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

2

```
 1                          UNITED STATES DISTRICT COURT
 2                                DISTRICT OF NEVADA
 3
 4   UNITED STATES OF AMERICA,              Case No. 2:21-cr-00015-GMN-EJY
 5              Plaintiff,                  ORDER
 6         v.
 7   JOHNATHON THOMAS JOHNSTON,
 8              Defendant.
 9
10          IT IS ORDERED that the Motion to Suppress hearing currently scheduled for
11   Tuesday, June 28, 2022 at 9:30 a.m., be vacated and continued to September 13, 2022 at the
12   hour of 9:00 a.m. in Courtroom 3B.
13          DATED this 31st day of May 2022.
14
15                                          _____
16                                          UNITED STATES MAGISTRATE JUDGE
17
18
19
20
21
22
23
24
25
26
                                                3
```