**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>JOHNATHON THOMAS JOHNSTON,<br><br>   Defendant. | Case No. 2:21-cr-00015-GMN-EJY<br><br>**ORDER** |

  IT IS ORDERED that the Motion to Suppress hearing currently scheduled for Monday, February 13, 2023 at 9:00 a.m., be vacated and continued to May 9, 2023 at the hour of 9:00 a.m. in Courtroom 3A.

  DATED this 1st day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE
