# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00015-GMN-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| JOHNATHAN THOMAS JOHNSTON, | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the Hearing on Defendant's Motion to Suppress (ECF No. 27), currently scheduled on Wednesday, September 13, 2023 at 9:00 a.m., be vacated and continued to October 31, 2023 at the hour of 10:00 a.m. in Courtroom 3A.

DATED this 5th day of September, 2023.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE