UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JOHNATHON THOMAS JOHNSTON,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00015-GMN-EJY<br><br>**ORDER** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the Motion to Suppress hearing currently scheduled for Tuesday, October 31, 2023 at 10:00 a.m., be vacated and continued to December 18, 2023 at the hour of 10:00 a.m. in Courtroom 3C.

DATED this 18th day of October 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3