RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Johnathon Johnston

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHNATHON JOHNSTON,<br><br>        Defendant. | Case No. 2:21-cr-00015-GMN-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Johnathon Johnston, that the Sentencing Hearing currently scheduled on May 28, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.     In light of the recent 9th Circuit decision in *United States v. Duarte,* No. 22-50048 (9th Cir. May 9, 2024), the defendant is requesting additional time to prepare for the sentencing hearing.

2.      The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED: May 21, 2024.

RENE L. VALLADARES                         JASON M. FRIERSON
Federal Public Defender                    United States Attorney

By */s/ Keisha K. Matthews*                By */s/ Edward Veronda*
KEISHA K. MATTHEWS                         EDWARD VERONDA
Assistant Federal Public Defender          Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00015-GMN-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| JOHNATHON JOHNSTON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for May 28, 2024, at 11:00 a.m., be vacated and continued to September 10, 2024 at the hour of 9:00 a.m.

DATED this  24  day of May, 2024.

_____

UNITED STATES DISTRICT JUDGE