UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00015-GM-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JOHNATHON THOMAS JOHNSTON, | |
| Defendant. | |

Pending before the Court is Defendant's Motion for Leave to Redact Exhibit A.  ECF No. 117.  Defendant's Motion is one paragraph and offers no authorities in support of the Motion.  The standard for sealing documents is not provided; nor is there an application to that standard provided.  Under LRC 47-3, "The failure of a moving party to include points and authorities in support of the motion constitutes a consent to denying the motion."  Defendant also does not mention Exhibit C, which he also filed under seal.  *See* ECF No. 113.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Leave to Redact Exhibit A (ECF No. 117) is DENIED without prejudice.

Dated this 10th day of September, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1