# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　Plaintiff,<br><br>v.<br><br>JOHNATHON THOMAS JOHNSTON,<br><br>　　　Defendant. | Case No.: 2:21-CR-00015-GMN-EJY<br><br>**Order** |

Pending before the Court is Motion to Strike ECF No. 112 (ECF No. 128) filed by Defendant, Johnathon Thomas Johnston. The Government filed a Notice of Non-Opposition to Defendant's Motion to Strike. (Non-Opp'n, ECF No. 129). Defendant requests that the Court strike ECF No. 112 "because it references sensitive information contained in Exhibit A that is not suitable for the public docket." (Mot. to Strike 1:18–19, ECF No. 128). Defendant argues his "desire to keep private any reference to the nature of the sensitive and personal incident discussed in Exhibit A, satisfies the compelling reason standard in *Ctr. For Auto Safety v. Chrysler Group, LLC.*" 809 F.3d 1092, 1096 (2016) (citation omitted). (*Id.* 1:21–24). The Court agrees. Accordingly, the Clerk of Court is kindly directed to strike ECF No. 112.

Dated: September 19, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Gloria M. Navarro