# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JOHNATHON THOMAS JOHNSTON,<br><br>Defendant. | Case No.: 2:21-CR-00015-GMN-EJY<br><br>**Order** |

Pending before the Court is the Motion to Amend Minute Orders at ECF Nos. 115 and 122, ECF No. 131, filed by Defendant, Johnathon Thomas Johnston.  The Government filed a Notice of Non-Opposition to Defendant's Motion to Amend.  (Non-Opp'n, ECF No. 132). Defendant requests that the portion of the minute orders that discuss the contents of Exhibit A be modified. (Mot. to Am. 1:17–20, ECF No. 131).  Additionally, Mr. Johnston requests that the Court amend the portions of the minute orders that refer to ECF No. 112, Motion for Leave to File Exhibits Under Seal, to instead refer to the corrected image of the motion for leave at ECF No. 124. (*Id.* 1:20–23).  Defendant argues his "desire to keep private any reference to the nature of the sensitive and personal incident discussed in Exhibit A, satisfies the compelling reason standard in *Ctr. For Auto Safety v. Chrysler Group, LLC*." 809 F.3d 1092, 1096 (2016) (citation omitted). (*Id*. 1:21–24).  The Court agrees.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Amend is GRANTED. The Court will enter amended Minute Orders to replace ECF Nos. 115 and 122.

It is FURTHER ORDERED that ECF Nos. 115 and 122 are hereby vacated. The Clerk of Court is kindly requested to vacate ECF Nos. 115 and 122.

Dated: September 23, 2024

_____
U.S. District Judge Gloria M. Navarro